No. 99–9457. GIL, AKA GUSTAVO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 99–9467. SCHOONOVER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9472. AGUIAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9473. TOWNSEND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9484. PORTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 99–9493. JOHNSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 99–9494. BREWINGTON *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9499. OSBORN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9500. BRON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–9503. CALDWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–9507. INZUNZA-GIL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9509. RIVERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9512. TUNCAP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9514. NANCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–9516. RUSSELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.